IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                    Case No. 18-cr-40014

LUVAL COLE, JR.                                                                    DEFENDANT

## ORDER

Before the Court is Defendant's Amended Motion to Withdraw all *Pro Se* Motions. ECF No. 35. Defendant moves the Court to allow him to withdraw various motions he filed in this matter *pro se*. Specifically, Defendant moves to withdraw his (1) Motion to Withdraw Plea (ECF No. 27), (2) Motion to be Allowed to Represent Self as a "*Pro Se*" Defendant and/or Appointment of New Counsel (ECF No. 28), and (3) Request for a Copy of the "Pre-sentence Report" (ECF No. 32). Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**.[1]

**IT IS SO ORDERED**, this 19th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] In light of this ruling, Defendant's previously filed Motion to Withdraw all *Pro Se* Motions (ECF No. 34) should be and hereby is **DENIED AS MOOT**.